**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-2399-20

SHARON SMALLS,

     Plaintiff-Appellant,

v.

STORMS, LLC,

     Defendant-Respondent.

_____

Submitted February 17, 2021 – Decided March 1, 2022

Before Judges Haas and Mitterhoff.

On appeal from the Superior Court of New Jersey, Law Division, Hudson County, Docket No. L-1922-17.

Law Offices of Anthony Carbone, attorneys for appellant (Anthony Carbone and Marc D. Serra, on the briefs).

Schwab, Haddix & Millman, attorneys for respondent (Rocco T. Casale, on the brief).

PER CURIAM

We have been advised that this matter has been amicably adjusted and the parties have stipulated to the dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

2

A-2399-20